IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-176-BR

| | |
|---|---|
| MARGARET H. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CHASE BANK USA, N.A., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion to partially dismiss pursuant to Fed. R. Civ. P. 12(b)(6). (DE # 6.) Plaintiff responded to the motion. (DE # 9.) Defendant did not file a reply, and the time within which to do so has expired. The court agrees with plaintiff that her filing of an amended complaint has mooted the motion to dismiss. See Dykes v. Portfolio Recovery Assocs., LLC, 306 F.R.D. 529, 530 (E.D. Va. 2015) ("It is well settled that an amended pleading supersedes the original, and motions directed at superseded pleadings must be denied as moot." (citations omitted)). Accordingly, defendant's motion to dismiss is DENIED as moot.

This 1 July 2016.

_____
W. Earl Britt
Senior U.S. District Judge